# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – DAYTON

SHARON I. HELRIGGLE, et al.,

    Plaintiffs,

vs.

DET. GEORGE PETITT, et al.,

    Defendants.

Case No. 3:03-cv-336

JUDGE THOMAS M. ROSE

## AGREED ORDER SETTING NEW TRIAL SCHEDULE

This matter was before the Court upon all parties' Joint Motion to Modify the Order Setting New Trial Schedule. This Court finds the motion to be well taken and orders the following trials schedule be set:

| | | |
|---|---|---|
| 1. | Moore's deposition to be taken no later than: | **October 30, 2005** |
| 2. | Expert disclosure cutoff: | |
| | Plaintiff to Defendant: | |
| |     Expert identification and synopsis: | **November 18, 2005** |
| |     Expert report: | **November 30, 2005** |
| | Defendant to Plaintiff: | |
| |     Expert identification and expert report: | **January 14, 2006** |
| 3. | Request for Admissions: | **December 30, 2005** |
| 4. | Discovery cutoff: | **February 17, 2006** |
| 5. | Telephone status conference following discovery: | **February 23, 2006, @ 9:00 a.m.** |
| 6. | Motion filing deadline: | **March 17, 2006** |
| 7. | Joint final pretrial order: | **July 21, 2005** |
| 8. | Exchange of trial exhibits: | **July 31, 2006** |
| 9. | Final pretrial conference in chambers: | **August 3, 2006, @ 3:00 p.m.** |
| 10. | Jury trial: | **August 28, 2006, @ 9:00 a.m.** |

    **IT IS SO ORDERED.**

                                        **THOMAS M. ROSE**
                                        **UNITED STATES DISTRICT JUDGE**