**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**SHARON L. HELRIGGLE, et al.,**

      **Plaintiffs,**

-vs-                                      **Case No.  3-:03-CV-336**

**GEORGE PETITT, et al.,**

                                            **Judge Thomas M. Rose**

      **Defendants.**

___

**ENTRY AND ORDER GRANTING DEFENDANTS' JOINT MOTION TO ACCESS EVIDENCE IN THE CUSTODY OF THE MONTGOMERY COUNTY SHERIFF'S OFFICE (Doc. #119)**
___

This matter came on to be heard this date upon Defendants' Joint Motion to Access Evidence filed in this action on or about November 14, 2005.  Upon due consideration, the Court finds that all of the materials requested in said Motion are in the custody of the Montgomery County Sheriff's Office and that Plaintiffs as well as the Montgomery County Sheriff's Office have agreed to the release of the requested materials upon the terms proposed in the said Motion. Accordingly, the said Motion is found to be well-taken and same is granted.

    IT IS THEREFORE ORDERED AND ADJUDGED:

    1) That Defendants' counsel or their designee(s) be given custody of the following items or samples thereof to be returned to the Sheriff's Office on or before January 30, 2006:

| ITEM DESCRIPTION | Submission # |
|---|---|
| Hand Swabs Pertaining to Victim Helriggle | 1 |
| .40 cal fired bullet | 6a |

| | |
|---|---|
| .45 cal fired bullet | 6b |
| .40 cal fired cartridge cases | 7a |
| .40 cal fired cartridge cases | 7b |
| .45 cal fired cartridge cases | 7c |
| Small fragments | 8a |
| Small fragments | 8b |
| Moore-Exterior Clothing and Helmet | N/A |
| 9mm Ruger Pistol (stairs) | 5 |
| 8 blood swabs taken from Submission #5 | 5 derivative |
| Victim's (Helriggle) Shirt | 36a |
| Victim's (Helriggle) Shorts | 36b |
| Moore 12 ga Remington Model 870 Wingmaster Shotgun (S)(5)?097362V | 10 |
| Fired Shotgun Shell | 9a |
| Pellet and wad | 9b |
| 18 pellets and wadding material from body of Helriggle | 24 |
| .45 cal fired cartridge case | 27a |
| 9mm cal fired cartridge case | 27b |
| Fired bullet jacket | 34 |
| Blue cup found upside down on kitchen table | 37 |
| Swabbing from rim of Item #37 | 37 derivative |

| | |
|---|---|
| Blue cup found on kitchen table | 31 |
| Swabbing from rim of Item #31 | 31 derivative |
| Blue cup found on kitchen table | 32 |
| Swabbing from rim of Item #32 | 32 derivative |
| Left Sandal from Step (All sandals involved) | N/A |
| Known blood sample of Victim Helriggle | 29 |
| R. Sandal from Helriggle | 35a |
| Known 12 ga. Federal #4 Buckshot Shotgun shells (same ammo used by Moore) | 26 |
| Examine shooting scene | N/A |

2) All items of physical evidence set forth above will be returned unaltered in any way except as follows:

a.) 8 blood swabs taken from submission #5  5 derivative (sic).

Defendants are granted permission to consume for further testing a portion of these samples to be agreed upon with the present custodian and leaving with the present custodian sufficient portions of the samples to permit for documentation and/or further testing by the custodian or other interested persons.

b.) Moore 12 ga Remington Model 870 Wingmaster Shotgun (S) (5) ?097362V     10

Defendants are granted permission to test-fire this item.

c.) Blue cup found upside down on kitchen table     37
Blue cup found on kitchen table     31
Blue cup found on kitchen table     32

Defendants are granted permission to examine these items for the presence of any biological materials and to obtain and test samples of same.  Defendants further request permission to test these items for fingerprints and will leave in place any material used for that testing.

> d.) Swabing (sic) from rim of item #37     37 derivative (sic)
> Swabing (sic) from rim of item #31     31 derivative (sic)
> Swabing (sic) from rim of item #32     32 derivative (sic)

Defendants are granted permission to consume a portion of these samples for further testing to be agreed upon with the present custodian and leaving with the present custodian sufficient portions of the samples to permit for documentation and/or further testing by the custodian or other interested persons.

> e.)  Known 12 ga. Federal #4 Buckshot shotgun     26
> shells (same ammo used by Moore)

Defendants are granted permission to test-fire up to the lesser of 10 of these rounds or that number of rounds which will leave sufficient samples to permit for documentation and/or further testing by the custodian or other interested persons as agreed upon with the custodian.

December 8, 2005                                      s/Thomas M. Rose

                                             _____
                                             JUDGE THOMAS ROSE

APPROVED:


**s/ C. David Ewing**                       *s/ James A. Climer*
C. DAVID EWING                              JAMES A. CLIMER (0001532)
EWING, MCMILLIN & WILLIS                    MICHAEL S. LOUGHRY (0073656)
1000 Republic Building                      MAZANEC, RASKIN & RYDER, CO.
429 W. Muhammad Ali Boulevard               100 Franklin's Row/34305 Solon Road
Louisville, KY 40202                        Cleveland, Ohio 44139
(502) 585-5800                              (440) 248-7906
(502) 585-5858 – FAX                        (440) 248-8861-FAX
                                            jclimer@mrrlaw.com
                                            mloughry@mrrlaw.com

and

        s/Neil Freund
**NEIL F. FREUND  (0012183)**
Freund Freeze & Arnold
1 S. Main Street, Suite 1800
Dayton, Ohio 45402
(937) 222-2424
(937) 222-5369 – facsimile
adetmer@ffalaw.com

Of Counsel:

**MARTIN P. VOTEL (0067717)**
Preble County Prosecuting Attorney
101 E. Main Street
Eaton, Ohio 45320
(937) 456-8156
(937) 456-8199 – facsimile
mvotel@prebco.org

*Counsel for Defendants George Petitt, Preble County, Lindloff, VanWinkle, Caplinger, Spitler, George Petitt, III, McWhinney, Williams, Doran, McGee, Simpson, Terri Petitt, Miller, Garrett & Thornbury*

*s/John C. Albert, Esq.*
**JOHN C. ALBERT   (0024164)**
500 S. Front St., Ste. 1200
Columbus, Ohio 43215
(614) 229-4528
(614) 229-4559 – facsimile
jalbert@cbjlawyers.com
*Counsel for Defendant Kent S. Moore*

*s/ Raymond J. Studer*

**RAYMOND J. STUDER (0022913)**
Ohio Attorney General's Office
1930 Belcher Drive, D-2
Columbus, OH 43224-1362
Telephone: (614) 265-6887
Facsimile: (614) 268-8871
rstuder@ag.state.ohio.us

-5-

*Counsel for Defendant Roger Forsthoefel*

*s/Jane M. Lynch*

**JANE M. LYNCH (0012180)**
**ERIN B. MOORE (0061638)**
Green & Green
800 Performance Place
109 N. Main Street
Dayton, OH 45402
Telephone: (937) 224-3333
Facsimile: (937-224-4311
**jmlynch@green-law.com**
**emoore@green-law.com**
*Counsel for Defendants Detective Jeff Cotner, Officer Sizemore, Officer Peter Wray, Officer Eric Beeghly, Officer Paul Scott Eversole*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 6, 2005, a copy of the forgoing was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Parties not on the electronic filing system will be sent a copy of the foregoing via regular U.S. mail.   I further certify that copies of this Order have been served via email upon Victoria Watson, Esq., and Major Ed Copher.

              s/James A. Climer
              JAMES A. CLIMER (0001532)
              MICHAEL S. LOUGHRY (0073656)
              *Counsel for Defendants George Petitt, Preble County, Lindloff, VanWinkle, Caplinger, Spitler, George Petitt, III, McWhinney, Williams, Doran, McGee, Simpson, Terri Petitt, Miller, Garrett & Thornbury*

Copies furnished to:

Counsel of Record