# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**SHARON L. HELRIGGLE, et al.,**

      **Plaintiffs,**

-vs-                                      Case No.  3-:03-CV-336

**GEORGE PETITT, et al.,**

                                                     **Judge Thomas M. Rose**

      **Defendants.**

_____

### ORDER OF DISMISSAL: TERMINATION ENTRY
_____

      The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated.

      Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

      **DONE** and **ORDERED** in Dayton, Ohio, this Seventeenth day of July, 2006.

                                                                     s/Thomas M. Rose

                                                    _____
                                                            THOMAS M. ROSE
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
      Counsel of Record